**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SUSAN I. HEATH, Proposed Representative of the
Estate of Henry A. Hurst, III, Deceased,

                        Plaintiff,

         -against-                                   23 **CIVIL** 8930 (JLR)

                                                    **<u>JUDGMENT</u>**

ECOHEALTH ALLIANCE,

                        Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 19, 2024, Defendant's motion to dismiss is GRANTED. Plaintiff's request to amend the Complaint to change her status from proposed representative to personal representative is DENIED. The Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
          December 19, 2024

                                                   **TAMMI M. HELLWIG**
                                                    **Clerk of Court**

                             **BY:**        *K. Mango*

                                                    **Deputy Clerk**